STATE OF NEW YORK        SOUTHERN DIST. COUNTY                    U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08 CV 00239    AND FILED ON JANUARY 11, 2008
ATTORNEY(S) Hacker & Murphy, LLP , John harwick F.

*Roberta Lee Lawrence and Steven H. Lawrence*                         Plaintiff(s)/Petitioner(s)

vs

*Skender Radoncic,*                                                    Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ROCKLAND                      , SS.:

GARY HOCHMAN                              , being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on JANUARY 30, 2008 at 8:30 PM M at 41 DUTCHESS DRIVE, ORANGEBURG, NY 10962                        deponent (did, did not) serve the within Summons and Complaint, with District        Court Instructions

on:    Naser Radonic, Parent of Skender Radonic    ,    Defendant    (herein called recipient) therein named.

**#1 INDIVIDUAL** [XXX]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [ ]  A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ]  On _____ deponent completed service under the last two sections by depositing a copy of the to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other

**#7 DESCRIPTION** [XXX] (use with #1, 2 or 3)  A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex MALE  Color of skin WHITE  Color of hair BLACK  Approx.Age 48  Approx.Height 6'2"  Approx. weight 220  Other _____

**#8 WIT. FEES** [ ]  $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
31st day of January 2008

CHRIS BANDMANN
Notary Public, State of New York
Qualified in Rockland County
No. 04BA6117095
Commission Expires October 18, 2008

GARY HOCHMAN

Invoice-Work Order # 0801403  0802160

FILED
JAN 31 2008
ROCKLAND COUNTY
CLERK'S OFFICE

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

| | | |
|---|---|---|
| STATE OF NEW YORK | SOUTHERN DIST. COUNTY | U. S. DISTRICT COURT |

DOCUMENTS SERVED WITH INDEX # 08 CV 00239   AND FILED ON JANUARY 11, 2008
ATTORNEY(S) Hacker & Murphy, LLP , John harwick F.

*Roberta Lee Lawrence and Steven H. Lawrence*   Plaintiff(s)/Petitioner(s)

vs

*Skender Radoncic, Defedant*   Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF   ROCKLAND   , SS.:

GARY HOCHMAN , being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on JANUARY 28, 2008 at 10 A M at 41 DUTCHESS DRIVE, ORANGEBURG, NY 10962   deponent (did/did not) serve the within Summons and Complaint, with District Court Instructions

on: Skender Radoncic c/o Naser Radonic , Defendant (herein called recipient) therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** ☐ A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** ☒ By delivering a true copy of each to NICK RADONCIC-BROTHER a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [X] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** ☐ On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

**#6 NON-SERVICE** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other

**#7 DESCRIPTION** ☒ (use with #1, 2 or 3) A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex MALE   Color of skin WHITE   Color of hair BLACK   Approx.Age 30   Approx.Height 5'10"   Approx. weight 180   Other _____

**#8 WIT. FEES** ☐ $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this 28th day of January 2008

CHRIS BANDMANN
Notary Public, State of New York
Qualified in Rockland County
No. 04BA6117095
Commission Expires October 18, 2008

/GARY HOCHMAN

Invoice-Work Order # 0801403

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

| | | |
|---|---|---|
| STATE OF NEW YORK | SOUTHERN DIST. COUNTY | U. S. DISTRICT COURT |

DOCUMENTS SERVED WITH INDEX # 08 CV 00239    AND FILED ON  JANUARY 11, 2008

ATTORNEY(S) Hacker & Murphy, LLP , John harwick F.

---

*Roberta Lee Lawrence and Steven H. Lawrence*    Plaintiff(s)/Petitioner(s)

vs

*Skender Radoncic, Defedant*    Defendant(s)/Respondent(s)

---

STATE OF NEW YORK: COUNTY OF  ROCKLAND    , SS.:

GARY HOCHMAN    , being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on  JANUARY 28, 2008  at  10 A M  at  41 DUTCHESS DRIVE, ORANGEBURG, NY 10962    deponent (did/did not) serve the within Summons and Complaint, with District    Court Instructions

on:    Skender Radoncic c/o Naser Radonic    ,    Defendant    (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [ ]
A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [X]
By delivering a true copy of each to NICK RADONCIC-BROTHER a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [X] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ]
On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SERVICE** [ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other

**#7 DESCRIPTION** [X]
(use with #1, 2 or 3)
A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex MALE  Color of skin WHITE  Color of hair BLACK  Approx.Age 30  Approx.Height 5'10"  Approx. weight 180  Other _____

**#8 WIT. FEES** [ ]
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this 28th day of January 2008

CHRIS BANDMANN
Notary Public, State of New York
Qualified in Rockland County
No. 04BA6117095
Commission Expires October 18, 2008

/GARY HOCHMAN

Invoice·Work Order # 0801403

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

Index # 08 CV 00239
Purchased/Filed: January 11, 2008

## AFFIDAVIT OF MAILING

| STATE OF NEW YORK | U. S. DISTRICT COURT | SOUTHERN DIST. COUNTY |

ROBERTA LEE LAWRENCE AND STEVEN H. LAWRENCE      PLAINTIFF

AGAINST

SKENDER RADONCIC,       DEFENDANT

STATE OF NEW YORK )
COUNTY OF Albany ) SS

_Nancy Gds_ BEING DULY SWORN, DEPOSES AND SAYS THAT DEPONENT IS OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THIS ACTION.

THAT ON THE 4th DAY OF FEBRUARY, 2008 DEPONENT COMPLETED SUBSTITUTE SERVICE OF ON THE SUMMONS AND COMPLAINT, ~~WITH DISTRICT~~

DEFENDANT SKENDER RADONIC BY DEPOSITING A COPY OF THE SUMMONS AND COMPLAINT, WITH DISTRICT IN A POST-PAID, PROPERLY ADDRESSED ENVELOPE, (THE PROPER ADDRESS FOR THE DEFENDANT BEING 41 DUTCHESS DR. ORANGENBURG, NY 10962 ),

~~THE AFOREMENTIONED ADDRESSED ENVELOPE BEARING THE RETURN ADDRESS OF:~~

WAS PLACED IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE IN THE STATE OF NEW YORK.

COMPLETE IF APPLICABLE:

( ) SAID MAILING WAS MADE BY _____ MAIL, RETURN RECEIPT REQUESTED ASSIGNED NUMBER _____

SWORN TO BEFORE ME ON THIS
4th DAY OF FEBRUARY, 2008

_Faith Cozzy_

FAITH COZZY
Notary Public, State of New York
Qualified in Albany County
Reg. No. 01CO6158874
Commission Expires January 8, 2011

_Nancy Gds_

Invoice-Work Order # 0801403

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207