# HACKER & MURPHY, LLP
### ATTORNEYS AT LAW
#### 7 AIRPORT PARK BOULEVARD
### LATHAM, NEW YORK 12110-1429

TELEPHONE (518) 783-3843
FACSIMILE (518) 783-8101
WWW.HACKERMURPHY.COM

May 19, 2008

United States District Court Clerk's Office
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

RE:  Roberta Lee Lawrence and Steven H. Lawrence v.
     Skender Radoncic
     08-CV-00239 (Stein)
     Our File No.: 3499

Dear Clerk:

    This firm represents the plaintiffs in the above-referenced action. In that regard, enclosed please find an original Notice of Change of Address relative to this firm. By copy of this letter, the same is being served upon opposition counsel.

    To acknowledge receipt of this Notice of Change of Address, please date-stamp the enclosed copy and return it to undersigned in the envelope provided. Should you have any questions regarding this letter, do not hesitate to contact me. Thank you.

Very truly yours,

HACKER & MURPHY, LLP

By: _____
    John F. Harwick

JFH:smk
Enclosures
cc.: (With Enclosure)
    Kenneth E. Pinczower, Esq.
    Epstein & McDonald
    One Whitehall Street - 13th Floor
    New York, New York 10004-2109

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
Roberta Lee Lawrence and
Steven H. Lawrence,
                 Plaintiff,

                                            08   CIVIL 00239   (Stein)

        -against-

Skender Radoncic,
                 Defendant.
----------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   John F. Harwick, Esq. of Hacker & Murphy, LLP

☒   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        JFH 5253

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒   *Address:*   Hacker & Murphy, LLP, 7 Airport Park Boulevard, Latham, NY   12110

☐   *Telephone Number:* _____

☐   *Fax Number:* _____

☐   *E-Mail Address:* _____

Dated: May 19, 2008

                            John F. Harwick, Esq.