UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130



Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

July 31, 2008

### SCHEDULING ORDER
08CV239 (LMS)

John Frederick Harwick
Hacker & Murphy, LLP
7 Airport Park Boulevard
P.O. Box 104
Latham, NY 12110

Kenneth E Pinczower
McDonald Cohen & Rayhill
One Whitehall Street - 13th Floor
New York, NY 10004

The matter of **LAWRENCE-V-RADONCIC** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **September 8, 2008** at 10:30AM in Courtroom 420.

Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.